**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Wilfred Lee Mungro a/k/a Wilfred L. Mungro a/k/a Wilfred Mungro | BK NO. 22-01379 MJC |
| **Debtor(s)** | Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              29 Jul 2022, 12:38:53, EDT

                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              215-627-1322