United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01379-MJC |
| Wilfred Lee Mungro | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: asextnd | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred Lee Mungro, 5529 Bridle Road, Stroudsburg, PA 18360-9197 |
| 5486933 | + | KML LAW GROUP, 701 MARKET STREET, STE 500, PHILADELPHIA, PA 19106-1541 |
| 5486936 | | PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, ONE PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486927 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 28 2022 18:38:00 | BANK OF AMERICA, 450 AMERICAN STREET, SIMI VALLEY, CA 93065-6285 |
| 5486928 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 28 2022 18:38:00 | CARRINGTON MORTGAGE SERVICES, 1600 DOUGLASS ROAD, SUITES 100-200-A, ANAHEIM, CA 92806-5948 |
| 5486929 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 28 2022 18:38:00 | CELTIC BANK/CONTINENTAL FINANCE, 268 S. STATE STREET, SUITE 300, SALT LAKE CITY, UT 84111-5314 |
| 5486930 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2022 18:40:11 | CREDIT ONE BANK, 6801 S CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 5486931 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 28 2022 18:40:21 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5486932 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2022 18:38:00 | IRS, ACS SUPPORT, PO BOX 8208, PHILADELPHIA, PA 19101-8208 |
| 5486934 | | Email/Text: ml-ebn@missionlane.com | Jul 28 2022 18:38:00 | MISSION LANE TAB BANK, 101 2ND STREET, STE 350, SAN FRANCISCO, CA 94105 |
| 5486935 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jul 28 2022 18:38:00 | MONTERY FINANCIAL SERVICES, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5486937 | + | Email/Text: jcissell@bankofmissouri.com | Jul 28 2022 18:38:00 | THE BANK OF MISSOURI, 216 WEST 2ND STREET, DIXON, MO 65459-8048 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Wilfred Lee Mungro rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Wilfred Lee Mungro lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Wilfred Lee Mungro,
aka Wilfred L. Mungro, aka Wilfred Mungro,

Chapter 13

**Debtor 1**

Case No. 5:22−bk−01379−MJC

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 27, 2022.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 8/23/22** <br> **Time: 09:30 AM** |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **August 21, 2022**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 28, 2022 |

asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)