United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                               Case No. 22-01379-MJC
Wilfred Lee Mungro                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                               User: AutoDocke                                     Page 1 of 2
Date Rcvd: Aug 24, 2022                        Form ID: pdf010                                 Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred Lee Mungro, 5529 Bridle Road, Stroudsburg, PA 18360-9197 |
| 5486933 | + | KML LAW GROUP, 701 MARKET STREET, STE 500, PHILADELPHIA, PA 19106-1541 |
| 5486936 | | PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, ONE PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2022 18:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486927 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 24 2022 18:37:00 | BANK OF AMERICA, 450 AMERICAN STREET, SIMI VALLEY, CA 93065-6285 |
| 5486928 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 24 2022 18:37:00 | CARRINGTON MORTGAGE SERVICES, 1600 DOUGLASS ROAD, SUITES 100-200-A, ANAHEIM, CA 92806-5948 |
| 5486929 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 24 2022 18:37:00 | CELTIC BANK/CONTINENTAL FINANCE, 268 S. STATE STREET, SUITE 300, SALT LAKE CITY, UT 84111-5314 |
| 5486930 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2022 18:49:42 | CREDIT ONE BANK, 6801 S CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 5486931 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 24 2022 18:49:41 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5486932 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2022 18:37:00 | IRS, ACS SUPPORT, PO BOX 8208, PHILADELPHIA, PA 19101-8208 |
| 5486934 | | Email/Text: ml-ebn@missionlane.com | Aug 24 2022 18:37:00 | MISSION LANE TAB BANK, 101 2ND STREET, STE 350, SAN FRANCISCO, CA 94105 |
| 5486935 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 24 2022 18:37:00 | MONTERY FINANCIAL SERVICES, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5488232 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 24 2022 18:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5487258 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 18:49:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486937 | + | Email/Text: jcissell@bankofmissouri.com | Aug 24 2022 18:37:00 | THE BANK OF MISSOURI, 216 WEST 2ND STREET, DIXON, MO 65459-8048 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Wilfred Lee Mungro rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Wilfred Lee Mungro lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILFRED LEE MUNGRO, | : | CHAPTER 13 |
| a/k/a WILFRED L. MUNGRO, | : | |
| a/k/a WILFRED MUNGRO, | : | CASE NO. 5:22-bk-01379-MJC |
| Debtor. | : | |
| | : | |
| WILFRED LEE MUNGRO, | : | |
| Movant, | : | Motion to |
| vs. | : | Extend Automatic Stay |
| CARRINGTON MORTGAGE SERVICES | : | |
| MONROE COUNTY TAX CLAIM BUREAU, | : | |
| and ALL PARTIES LISTED ON THE MAILING | : | |
| MATRIX ON FILE WITH THE CLERK OF COURT, | : | |
| Respondents, | | |

## ORDER

Upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), Dkt. # 11 ("Motion"), it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, and after a hearing held on August 23, 2022, it is hereby

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED,** that the Automatic Stay shall be extended with regard to all creditors in accordance with 11 U.S.C. § 362(c)(1)&(2)&(3)(B), until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: August 23, 2022