United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01379-MJC
Wilfred Lee Mungro  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 28, 2024     Form ID: ordsmiss     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfred Lee Mungro, 5529 Bridle Road, Stroudsburg, PA 18360-9197 |
| 5486936 | | PHELAN HALLINAN DIAMOND JONES, 1617 JFK BLVD SUITE 1400, ONE PENN CENTER PLAZA, PHILADELPHIA, PA 19103 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 28 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486927 | + | EDI: BANKAMER | Mar 28 2024 22:39:00 | BANK OF AMERICA, 450 AMERICAN STREET, SIMI VALLEY, CA 93065-6285 |
| 5498416 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 28 2024 18:41:00 | Bank of America, N.A, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5486928 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 28 2024 18:41:00 | CARRINGTON MORTGAGE SERVICES, 1600 DOUGLASS ROAD, SUITES 100-200-A, ANAHEIM, CA 92806 |
| 5486929 | + | EDI: PHINGENESIS | Mar 28 2024 22:39:00 | CELTIC BANK/CONTINENTAL FINANCE, 268 S. STATE STREET, SUITE 300, SALT LAKE CITY, UT 84111-5314 |
| 5486930 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2024 18:52:04 | CREDIT ONE BANK, 6801 S CIMARRON ROAD, LAS VEGAS, NV 89113-2273 |
| 5486931 | | EDI: AMINFOFP.COM | Mar 28 2024 22:39:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5486932 | | EDI: IRS.COM | Mar 28 2024 22:39:00 | IRS, ACS SUPPORT, PO BOX 8208, PHILADELPHIA, PA 19101-8208 |
| 5486933 | ^ | MEBN | Mar 28 2024 18:37:32 | KML LAW GROUP, 701 MARKET STREET, STE 500, PHILADELPHIA, PA 19106-1541 |
| 5492831 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 18:40:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5486934 | | Email/Text: ml-ebn@missionlane.com | Mar 28 2024 18:41:00 | MISSION LANE TAB BANK, 101 2ND STREET, STE 350, SAN FRANCISCO, CA 94105 |
| 5486935 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Mar 28 2024 18:41:00 | MONTERY FINANCIAL SERVICES, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 5499644 | | EDI: PRA.COM | Mar 28 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5495326 | + | EDI: JEFFERSONCAP.COM | Mar 28 2024 22:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

| | | | | |
|---|---|---|---|---|
| | | | | LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5488232 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2024 18:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5487258 | + | EDI: PRA.COM | Mar 28 2024 22:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5486937 | + | Email/Text: jcissell@bankofmissouri.com | Mar 28 2024 18:41:00 | THE BANK OF MISSOURI, 216 WEST 2ND STREET, DIXON, MO 65459-8048 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor BANK OF AMERICA  N.A mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Wilfred Lee Mungro rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Wilfred Lee Mungro lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Wilfred Lee Mungro,<br>aka Wilfred L. Mungro, aka Wilfred Mungro, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:22−bk−01379−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 28, 2024

ordsmiss (05/18)